# United States District Court
# Central District of California

| | |
|---|---|
| GREGORY SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEAMSTERS WESTERN REGION AND LOCAL 177 HEALTH CARE PLAN; and SOUTHWEST SERVICE ADMINISTRATORS INC.,<br><br>　　　　　Defendants. | Case № 5:16-cv-02083-ODW (PLA)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE MOTION TO DISMISS** |

On April 6, 2017, Defendants moved to dismiss Plaintiff's First Amended Complaint under Rule 12(b)(6). (ECF No. 43.) The Motion was set for hearing on May 8, 2017. Under Local Rule 7-9, Plaintiff's opposition to the Motion was due on April 24, 2017. To date, the Court has not received any opposition.

The Court therefore **ORDERS** as follows:

(1) On or before **May 8, 2017**, Plaintiff shall either:

　　(a) File and serve an opposition to the Motion; or

　　(b) File a written explanation with the Court as to why the Court should not rule on the Motion without hearing opposition.

(2) If Plaintiff files a timely opposition to the Motion, Defendants shall have

ten days to file a Reply.

(3) The hearing on Defendants' Motion to Dismiss is **CONTINUED** to **June 5, 2017 at 1:30 p.m.**

Finally, the Court advises Plaintiff to carefully review the Federal Rules of Civil Procedure, the Local Rules, and this Court's Case Management Order in preparing an opposition to Defendants' Motion, including Federal Rule of Civil Procedure 12. The Court further advises Plaintiff that a Federal Pro Se Clinic is located in the United States Courthouse at 312 N. Spring Street, Room G-19, Main Street Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions. For more information, Plaintiff may visit http://www.cacd.uscourts.gov and follow the link for "Pro Se Clinic—Los Angeles," or contact Public Counsel at 213–385–2977, extension 270. Defendants are encouraged to visit the clinic or to seek the advice of an attorney.

**IT IS SO ORDERED.**

April 25, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**